OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Frank J. MARCONE, Respondent.

No. 690 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Nov. 30, 1995.

### ORDER

PER CURIAM.

AND NOW, this 30th day of November, 1995, Respondent's Motion Seeking Reduction of Suspension from Four Years to One Year Pursuant to King's Bench is Quashed.

MONTEMURO, J., who participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f) did not participate in this matter.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Linda Gertrude ROBACK a/k/a Linda Roback McBride, Respondent.

No. 26, Disciplinary Docket
No. 3—Supreme Court.
No. 56 DB 94 Disciplinary Board.

Supreme Court of Pennsylvania.

Nov. 30, 1995.

### ORDER

PER CURIAM:

AND NOW, this 30th day of November, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 30, 1995, it is hereby

ORDERED that LINDA GERTRUDE ROBACK a/k/a LINDA ROBACK McBRIDE, be and she is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, retroactive to June 10, 1994, and she shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.